**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**


PATRICIA A. SCOTT,

       Plaintiff,

v.                                    CASE NO. 3:07-cv-735-J-16HTS

FRANK JAMES BROOKS,

       Defendant.

---

**O R D E R**

This cause is before the Court on the request to proceed in forma pauperis contained in the Affidavit of Indigency (Doc. #2; Affidavit), filed on August 13, 2007. However, the Affidavit has not been properly filled out.

Accordingly, Plaintiff shall have eleven (11) days from the date of this Order to file a fully completed, signed, and notarized affidavit of indigency, a blank copy of which shall be sent by the Clerk's Office along with this Order. Of course, in lieu thereof, Plaintiff is also free to pay the required filing fee. Failure to either submit a completed affidavit of indigency or pay the required filing fee within the specified time period will result in a recommendation that this case be dismissed for failure to

Dockets.Justia.com

prosecute.  *See* Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

   **DONE AND ORDERED** at Jacksonville, Florida, this 17th day of August, 2007.


                              /s/        Howard T. Snyder
                              HOWARD T. SNYDER
                              UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record and
     pro se parties, if any