**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**PATRICIA A. SCOTT,**

      Plaintiff,

**v.**                                                **CASE NO. 3:07-cv-735-J-16HTS**

**FRANK JAMES BROOKS,**

      Defendant.

_____/

**ORDER**

      This cause is before the Court on the Report and Recommendation of the Magistrate Judge filed October 16, 2007 (Doc. #16). No objections have been filed.

      After conducting an *independent* review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Report and Recommendation. Accordingly, it is now

      **ORDERED AND ADJUDGED** that the Petition (Doc #10) is **DENIED** and this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915 .

      **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 27th day of November, 2007.

*[signature]*

JOHN H. MOORE II
United States District Judge

Copies to:    All counsel of record